# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH FLORIDA SAILES, LLC, <br> Plaintiff, <br><br> v. <br><br> CBD FRANCHISING, INC., <br> Defendant. | CV 20-1706 DSF (SKx) <br><br> Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

    Plaintiff filed a complaint in this Court on the basis of diversity jurisdiction. However, the complaint does not include the citizenship of the members of the Plaintiff. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). It also fails to plead the principal place of business of the Defendant.

    Therefore, Plaintiff is ordered to file an amended complaint no later than March 24, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

    IT IS SO ORDERED.

Date: March 10, 2020

                                                                        Dale S. Fischer <br>
                                                                        United States District Judge